

# IN THE
# TENTH COURT OF APPEALS

### No. 10-16-00241-CV

BILREYNA MOORE,

                                          Appellant

 v.

THE HARTNETT LAW FIRM,

                                          Appellee

### From the 13th District Court
### Navarro County, Texas
### Trial Court No. D14-23554-CV

## MEMORANDUM OPINION

Appellant, Bilreyna Moore, filed her notice of appeal on July 22, 2016, challenging the trial court's Final Judgment in favor of appellee, The Hartnett Law Firm. The required docketing statement was not received. *See* TEX. R. APP. P. 32.1. On August 26, 2016, we sent a letter explaining that the docketing statement must be filed and warning that the Court would dismiss the appeal if a docketing statement was not filed within twenty-one days. *See id.* at R. 42.3(c).

More than twenty-one days have passed, and we have not received the docketing statement.[1]  Accordingly, we dismiss this appeal.  *See id.* at R. 32.1, 42.3(c); *see also Hensley v. W.M. Specialty Mortgage, LLC*, 2005 Tex. App. LEXIS 9614, at **1-2 (Tex. App.—Waco Nov. 16, 2005, no pet.) (mem. op.) (dismissing a case for failure to file a docketing statement).


AL SCOGGINS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed December 14, 2016
[CV06]



---

[1] The record also reflects that appellant has not made arrangements to pay for the Clerk's and Reporter's Records.  *See* TEX. R. APP. P. 37.3.  On August 30, 2016, we informed appellant that her appeal would be dismissed within twenty-one days after the date of the letter if she did not pay or make arrangements to pay for the records.  On September 27, 2016, more than twenty-one days after our August 30, 2016 letter, appellant filed a motion for extension of time to file the record, requesting a thirty-day extension and asserting that the parties had entered into a verbal settlement of the claims at issue.  On October 4, 2016, we granted appellant's motion for extension of time to file the record and ordered that the record be filed by October 31, 2016.  We have received no response to our October 4, 2016 order.  Additionally, on November 8, 2016, we requested an update from appellant regarding the purported settlement of this case.  In our November 8, 2016 letter, we informed appellant that this case would be dismissed if a response was not filed within twenty-one days.  *See id.* at R. 42.3(b)-(c), 44.3.  Like before, appellant did not respond to our request for a status update regarding settlement.  Accordingly, in addition to the failure to file the docketing statement, this case could also be dismissed for a failure to respond to this Court's orders or for want of prosecution for failing to pay or make arrangements to pay for the record. *See id.* at R. 42.3(b)-(c).